# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**SPARTA INSURANCE COMPANY,**

    **Plaintiff,**

**v.**    Case No.: 2:17-cv-01959-RDP

**ALABAMA TERMITE & PEST CONTROL INC., et al.,**

    **Defendant.**

## ORDER OF DISMISSAL

The parties have informed the court that a settlement has been reached in the underlying state court action related to this case and that this action is now **MOOT**. Accordingly, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this March 8, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE